UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN NAZARETH MORENO,<br><br>　　　　　　　　　*Petitioner*,<br><br>vs.<br><br>RAND BEERS, *et al.*<br><br>　　　　　　　　　*Respondents*. | Case No. 2:14-cv-01077-JAD-VCF<br><br>**ORDER** |

This represented immigration habeas matter under 28 U.S.C. § 2241 comes before the Court for initial review of the petition under 28 U.S.C. § 2243. The filing fee has been paid. Following upon said review,

**IT IS ORDERED** that the Clerk of Court shall serve a copy of this order and the petition upon respondents: **(1)** by having the United States Marshal, by the close of business on the date that this order is entered, deliver same to the United States Attorney for the District of Nevada or to the person designated thereby for acceptance of service; **(2)** by having the United States Marshal effect personal service on Pamela K. Lauer, Corrections Superintendent, Henderson Detention Facility, 243 Water St., Henderson, NV 89015, or wherever she may be efficiently found through reasonable service efforts; **(3)** by certified mail upon the Hon. Eric H. Holder, Jr., Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and **(4)** by certified mail upon the Hon. Rand Beers, Acting Secretary of Homeland Security, Washington, D.C. 20528. No formal service will be directed as to the remaining respondents named in the petition, such as local federal

government officials, unless it is demonstrated that such service is a necessary predicate to the Court's jurisdiction and/or to secure a response on the merits.

**IT FURTHER IS ORDERED**, pursuant to 28 U.S.C. § 2243, that respondents shall have three (3) judicial days from the date of entry of this order within which to answer, or otherwise respond to, the petition and show cause why relief should not be granted.  **Absent further direct order of the Court, respondent Lauer, as physical custodian, may defer to the response of the federal officer respondents, such that she need not file a response absent a specific directive to do so.**

Dated: July 2, 2014.

_____
JENNIFER A. DORSEY
United States District Judge