UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN NAZARETH MORENO,<br><br>                    *Petitioner*,<br><br>vs.<br><br>RAND BEERS, *et al.*<br><br>                    *Respondents*. | Case No. 2:14-cv-01077-JAD-VCF<br><br>**ORDER** |

This represented immigration habeas matter under 28 U.S.C. § 2241 comes before the Court on respondents' motion (Doc. 5) for an extension of time and motion (Doc. 6) to admit government attorney to practice. For good cause shown,

**IT IS ORDERED** that respondents' motion (Doc. 5) for an extension of time is **GRANTED**, and the time for respondents to file a response to the petition is extended up to and including July 22, 2014.

**IT FURTHER IS ORDERED** that respondents' motion (Doc. 6) to admit government attorney to practice is **GRANTED**, such that Stefanie Notarino Hennes, Esq., is granted leave to appear herein for the duration of her employment by the United States. The Clerk shall include Ms. Henne's contact information from the motion in the listing of counsel for respondents on the docket sheet.

DATED: July 14, 2014

JENNIFER A. DORSEY
United States District Judge