XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
528 S. Casino Center Blvd., Ste. 205
Las Vegas, NV 89101
(702) 388-8182
*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN NAZARETH MORENO, | Case No.   2:14-cv-01077 |
| | INS No.    A# 095-792-590 |
| Petitioner, | |
| | |
| v. | NON DETAINED |
| | |
| THE UNITED STATES OF AMERICA, | |
| | |
| Rand BEERS, in his Official Capacity, | |
| Secretary, Department of Homeland Security | |
| | |
| Eric HOLDER, Jr., in his Official Capacity, | |
| Attorney General Department of Justice, | |
| | |
| Leander HOLSTON, in his Official Capacity, | |
| Officer in Charge, Department of Homeland Security | |
| Las Vegas, Nevada (USCIS Local), | |
| | |
| Steven M. BRANCH, in his Official Capacity, | |
| ICE Field Office Director, Detention and Removal | |
| Las Vegas, Nevada (ICE Local), | |
| | |
| Pamela K. LAUER, in her Official Capacity, | |
| Corrections Superintendent, | |
| Henderson Detention Facility, Henderson, Nevada | |
| | |
| Respondents. | |

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**

COMES NOW, Petitioner EDWIN NAZARETH MORENO, by and through counsel, XAVIER GONZALES, ESQ., and hereby files this Petitioner's Notice of Voluntary Dismissal of Petition for Writ of Habeas Corpus Without Prejudice.

This Response is based on the Points and Authorities attached hereto.

DATED this 15th day of July, 2014.

                              By:    /s/Xavier Gonzales
XAVIER GONZALES, ESQ.
                                      Nevada Bar No.: 1862
                                      528 S. Casino Center Blvd., Ste. 215
                                      Las Vegas, NV 89101
                                      (702) 388-8182
                                      *Attorney for Petitioner*

## POINTS AND AUTHORITIES

I. **BACKGROUND**

The Petitioner, EDWIN NAZARETH MORENO, filed an Amended Petition for Writ of Habeas Corpus on July 1, 2014 in the United States District Court, District of Nevada requesting the Petitioner be released or receive an individualized bond hearing since he had been in immigration custody for more than six months and his continued detention without an individualized bond hearing violated his constitutional rights.

On July 15, 2014, the Respondent and Department of Homeland Security stipulated to Respondent's release on a $5,000.00 bond. On July 15, 2014, the Immigration Judge in Las Vegas, Nevada issued an order granting Respondent's release upon payment of a $5,000.00.

II. **CONCLUSION**

WHEREFORE, as a result of the Petitioner's release, the instant Petition for Writ of Habeas Corpus is moot and the Petitioner respectfully requests this court issue an order dismissing the instant petition.

DATED this 15th day of July, 2014.

By: /s/Xavier Gonzales
XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
528 S. Casino Center Blvd., Ste. 205
Las Vegas, NV 89101
(702) 388-8182
*Attorney for Petitioner*

## ORDER

Based on Petitioner's Notice of Voluntary Dismissal, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice. The Clerk of Court is directed to close this case.

Dated: July 17, 2014.

_____
United States District Judge